CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Amanda L. Seabock, Esq., SBN 289900
8033 Linda Vista Rd., Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Rafael Arroyo, Jr.**, <br><br>　　Plaintiff, <br><br>　v. <br><br>**Winco Foods, LLC**, a Delaware Limited Liability Company, <br><br>　　Defendants. | **Case:** 5:20-cv-02161-JWH-SP <br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice** <br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Rafael Arroyo, Jr., hereby voluntarily dismisses the above captioned action <u>with prejudice</u> pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendant Winco Foods, LLC has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: January 25, 2021            CENTER FOR DISABILITY ACCESS

　　　　　　　　　　　　　　　　By:　　/s/Amanda Seabock
　　　　　　　　　　　　　　　　Amanda Seabock, Esq.
　　　　　　　　　　　　　　　　Attorneys for Plaintiff